JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES ZERAI, | Case 5:26-cv-00972-AYP |
| Petitioner, | JUDGMENT |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 14, 2026



HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE